MEMORANDUM ENDORSEMENT

Jackson v. Carter,
20 CV 3936 (VB)

      In the attached letter, dated July 24, 2020, plaintiff, proceeding pro se and in forma pauperis, requests the Court grant plaintiff's motion for discovery.  (Doc. #13).

      Plaintiff's discovery motion is DENIED WITHOUT PREJUDICE.  Defendant has not yet been served, and has not yet had a chance to answer, move, or otherwise respond to plaintiff's complaint.  Accordingly, plaintiff's discovery requests are premature at this time.

      Moreover, plaintiff has also filed discovery requests on the docket.  (See Doc. #14).  Plaintiff shall not file discovery requests on the docket unless necessary to resolve a motion or application.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      The Clerk is instructed to terminate the motion.  (Doc. #13).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: August 14, 2020
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------

RAYMOND L. JACKSON,

                Plaintiff,    20-CV-3936 (VB)

    -against-                  DISCOVERY
                                            FED.R.C.P. 45

C.O. R. Carter,

                Defendant.

[Stamp: RECEIVED AUG 13 2020 PRO SE OFFICE]

------------------------------

    I Raymond L. Jackson, Plaintiff, filed this motion governed by Federal Rule Civil Procedure 26-37, and 45, pertaining to the above-entitled caption, seeking documentation of any and all interview statements made by Correctional Officer's and any and all inamtes at Sing Sing C.F., including: **medical records, photographs, and statements,** pertaining to the plaintiff's injury and/or incident report taken on the day of November 11, 2019, regarding the incident that a occurred at B Block messhall, where the plaintiff was OC pepper sprayed by C.O. R. Carter.

    Also plaintiff is seeking additional information of the defendants disciplinary history of any and all complaints of a use of force, or verbal abuse complaints filed by other inmate's against the defendant C.O. R. Carter. Local Civil Rule 33.2 which applies to prisoner cases in which the plaintiff does not have a lawyer and alleges use of force; the defendants must disclose the required information and documents within 120 days of when the complaint is served.

Dated: July 24, 2020
       Ossining, New York

                                            Respectfully submitted,

                                            */s/ Raymond J. Jackson*
                                            ---------------------------
                                            Raymond L. Jackson
                                            Pro Se Plaintiff
                                            DIN# 15-A-3740
                                            Sing Sing C.F.
                                            354 Hunter Street
                                            Ossining, Ny 10652

2

Clerk
United States District Court
Southern District Of New York
U.S. Courthouse-500 Pearl St.
New York, New York 10007


RECEIVED
AUG 1 3 2020
PRO SE OFFICE

Raymond L. Jackson, Din# 15-A-3740
Sing Sing CF
354 Hunter Street
Ossining, New York 10562-5442

August 7, 2020

RE: 20-CV-3936 (VB)

Dear HON Clerk:

Please enclose a copy of plaintiff's interrogatories, and discovery request to the defendants regarding the above-caption number in pursuant to Fed.R.Civ.P. 26-37, and 45, and Fed.R.Civ.P. 33, 33.2, 33.3. The reason I am writing to this court clerk, it is my understanding that the federal marshall's could not locate the defendant C.O. R. Cater at Sing Sing CF, because it was told to them that C.O. R. Carter nolonger work at Sing Sing CF. Therefore, the Marshall's did not serve the defendant the summons.

However, that is not the case at all, I'd personally spoken with Defendant C.O. R. Cater on August 02, 2020, at my cell location because he was doing the go around on W gallery at 11:00 am. Because he asked me if I wanted to go to chow or the yard. It is my duty to inform this court of my due dillegence to proceed in this matter.

Thank You.

Respectfully submitted,

Raymond J. Jackson

cc: RLJ/RFK
    Attorney General Office
    The Capitol, Albany 12224-0341

**SING SING CORRECTIONAL FACILITY**
354 HUNTER STREET
OSSINING, NEW YORK 10562
NAME: Raymond L. Jackson   DIN: 15-A-3746

"Legal Mail"

RECEIVED
AUG 13 2020
PRO SE OFFICE

Clerk
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl St.
New York, New York 10007
Pro Se Intake
H



NEOPOST
08/10/2020
US POSTAGE $000.65⁰
FIRST-CLASS MAIL
ZIP 10562
041M11288353