Copies Mailed/Faxed 4/28/21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RAYMOND L. JACKSON,

                  Plaintiff,

     - against -

C.O. R. CARTER,

                  Defendant.
-------------------------------------------------------------- X

20-cv-3936 (VB)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of inmate Plaintiff Raymond L. Jackson, DIN # 15-A-3740, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, or virtually via a remote deposition at the same, upon notice to Plaintiff and the Superintendent of the Correctional Facility.

Dated:   White Plains, New York
        April 28, 2021

                                      SO ORDERED.

                                      _____
                                      VINCENT L. BRICCETTI
                                      United States District Judge