Case 7:20-cv-03936-VB

> **APPLICATION GRANTED:**
>
> The case management conference on November 22, 2021, at **3:30 p.m.** is advanced to November 22, 2021, at **2:30 p.m.** At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by phone: Dial-In Number (888) 363-4749 (toll free) <u>or</u> (215) 446-3662; Access Code 1703567.
>
> It is defense counsel's responsibility to make prior arrangements with the appropriate facility to make plaintiff available by telephone for the November 22, 2021, conference.
>
> Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.
>
> SO ORDERED:
>
> _/s/ Vincent L. Briccetti_
> Vincent L. Briccetti, U.S.D.J.
> November 18, 2021

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

**VIA ECF**

The Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Jackson v. Carter*
      **20-cv-3936 (VB)**

Dear Judge Briccetti:

    This Office represents the Defendant C.O. Carter ("Defendant") in the above-referenced action. We write Your Honor seeking to change the time of the Case Management Conference currently scheduled to be held on November 22, 2021 at 3:30 p.m. Today, we spoke with the Plaintiff and he is aware of this request.

    The reason for this request as that the Facility where Plaintiff is being housed (Sing Sing) has advised us that they undergo their shift change at 3:30 p.m. As such, it will be difficult to transport the Plaintiff to an area with a telephone to call into the conference at that time. The Facility has advised us that any time between 1:30 p.m. to 3:00 p.m. on November 22, 2021 will work for the conference. The undersigned previously reached out to Your Honor's Courtroom Deputy and she advised that 2:30 p.m. that day would work.

    At this time, it is respectfully requested that the Court change the time of the November 22, 2021 conference to 2:30 p.m. as the same would allow for the undersigned to ensure the Plaintiff is available. If such request is not acceptable, we ask that the conference be rescheduled to a date and time convenient for the Court.

    We sincerely appreciate the Court's time and thank you for your consideration of this application.

Page 2

                                        Respectfully submitted,

                                        *S/ Julie A. Ortiz*
                                        Julie A. Ortiz (JR1817)
                                        Assistant Attorney General
                                        28 Liberty Street, 18th Floor
                                        New York, NY 10005
                                        (212) 416-8476
                                        Julie.Ortiz@ag.ny.gov

cc:    Raymond L. Jackson (by mail)
        DIN 15-A-3740
        Sing Sing Correctional Facility
        354 Hunter Street
        Ossining, NY 10562