UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAYMOND L. JACKSON,
               Plaintiff,

v.

C.O. R. CARTER,
               Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 3936 (VB)

       As discussed at a telephone conference held on the record on November 22, 2021, at which plaintiff, who is proceeding pro se, and counsel for defendant attended, it is HEREBY ORDERED:

       1.     Plaintiff shall write to defendant's counsel explaining his request for additional documents by **December 6, 2021**. Defendant shall respond by **December 20, 2021**.

       2.     Following this exchange of letters, and only if plaintiff believes documents remain outstanding and Court intervention is necessary, he shall write to the Court explaining what documents remain outstanding, why he believes those documents exist, and why he is entitled to them by **January 3, 2022**. Defendant shall respond to this letter, if any, by **January 17, 2022**.

       3.     A status conference is scheduled for **January 27, 2022, at 2:30 p.m.** The conference will proceed by telephone. It is the responsibility of counsel for defendant to make prior arrangements with the appropriate facility to have plaintiff available by telephone. At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by telephone:

**Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662;**
**Access Code:** **1703567.**

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: November 22, 2021
       White Plains, NY

                       SO ORDERED:

                       Vincent L. Briccetti
                       United States District Judge