Copies Mailed/Faxed 1/19/22
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RAYMOND L. JACKSON, :
        Plaintiff, :
: **ORDER**
v. :
: 20 CV 3936 (VB)
C.O. R. CARTER, :
        Defendant. :
------------------------------------------------------------x

    By Orders dated November 22 and December 29, 2021, the Court directed defendant to respond to plaintiff's motion to compel by January 17, 2022. (Docs. ##45, 49).

    Defendant has failed to do so.

    The Court sua sponte extends defendant's deadline to respond to plaintiff's motion to compel to **January 21, 2022**.

    Defendant is further reminded a status conference is scheduled for **January 27, 2022, at 2:30 p.m.** The conference will proceed by telephone. It is the responsibility of counsel for defendant to make prior arrangements with the appropriate facility to have plaintiff available by telephone. At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by telephone:

    **Dial-In Number:** (888) 363-4749 (toll free) **or** (215) 446-3662;
    **Access Code:** 1703567.

    Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: January 19, 2022
       White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge