UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RAYMOND L. JACKSON,                      :
                          Plaintiff,     :
                                         :   **ORDER**
v.                                       :
                                         :   20 CV 3936 (VB)
C.O. R. CARTER,                          :
                          Defendant.     :
------------------------------------------------------------x

        As discussed at a telephone conference held on the record on January 27, 2022, at which
plaintiff, who is proceeding pro se, and counsel for defendant attended, it is HEREBY
ORDERED:

        1.      The parties are directed to work in good faith to settle this matter.

        2.      By **March 28, 2022**, defendant's counsel shall submit a letter regarding the status
of settlement discussions and indicating whether the Court can assist in that regard.

        3.      A status conference is scheduled for **April 4, 2022, at 2:30 p.m.**  The conference
will proceed by telephone.  It is the responsibility of counsel for defendant to make prior
arrangements with the appropriate facility to have plaintiff available by telephone.  At the time of
the scheduled conference, plaintiff and defense counsel shall use the following information to
connect by telephone:

        **Dial-In Number:  (888) 363-4749 (toll free) or (215) 446-3662;**
        **Access Code:  1703567.**

        Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: January 27, 2022
        White Plains, NY

                                SO ORDERED:

                                _____
                                Vincent L. Briccetti
                                United States District Judge