> **APPLICATION GRANTED:**
>
> The status conference currently scheduled for May 20, 2022, is **adjourned to July 1, 2022, at 10:30 a.m.**, to proceed by telephone. At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by telephone:
>
> **Dial-In Number:** (888) 363-4749 (toll free) **or** (215) 446-3662; **Access Code:** 1703567.
>
> It is defense counsel's responsibility to make prior arrangements with the appropriate facility to make plaintiff available by telephone for the July 1, 2022, conference.
>
> Chambers will mail a copy of this Order to plaintiff at the address on the docket.
>
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.,
> May 18, 2022

LETITIA JAMES
Attorney General

**BY ECF**
Hon. Vincent Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Jackson v. Carter* (20 CV 3936) (VB)

Dear Judge Briccetti:

This Office represents defendant Ryan Carter in the above-referenced matter.

Pursuant to the Court's orders, this Office respectfully requests that the conference scheduled for May 20, 2022 be adjourned, as I am on trial in White Plains in <u>Lyons, et al. v. New York State, Division of Police</u> (15-CV-3669). The trial is expected to continue through May 20, 2022, and into the following week. Given the circumstances, I have not been able to obtain the consent of Plaintiff, who is incarcerated and not easily reached. On behalf of defendant Carter, I respectfully request that the telephone conference be adjourned for a date convenient to the Court in the latter part of June 2022, which will afford the parties time to follow up with each other on potential resolution of the action.

Thank you for your attention.

Sincerely,
s/
Michael J. Keane
Assistant Attorney General

**BY U.S. Mail to Plaintiff**
Raymond Jackson (DIN 15-A-3740)
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562