UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAYMOND L. JACKSON,
            Plaintiff,

v.

C.O. R. CARTER,
            Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 3936 (VB)

    As discussed at a telephone conference held on July 14, 2022, at which plaintiff, who is proceeding pro se in this action, counsel for defendant, and David Russell, Esq., plaintiff's counsel in Jackson v. Reyes, 16cv267 (S.D.N.Y.), attended, it is HEREBY ORDERED:

    1.    A status conference is scheduled for **August 19, 2022, at 9:30 a.m.** The conference will proceed by telephone. It is the responsibility of counsel for defendant to make prior arrangements with the appropriate facility to have plaintiff available by telephone. At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by telephone:

    **Dial-In Number:** (888) 363-4749 (toll free) or (215) 446-3662;
    **Access Code:** 1703567.

    2.    At the August 19, 2022, conference, the parties must be prepared to discuss the setting of a trial date and a schedule for pretrial submissions in this case. Mr. Russell is encouraged, but not required, to attend this conference.

    Chambers will mail a copy of this Order to plaintiff at the address listed on the docket, and email a copy to Mr. Russell.

Dated: July 14, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge