UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAYMOND L. JACKSON,     :
            Plaintiff,     :
                                          :    **ORDER**

v.     :
                                          :    20 CV 3936 (VB)

C.O. R. CARTER,     :
            Defendant.     :
--------------------------------------------------------------x

       By Order dated August 19, 2022, the Court directed defense counsel to file a joint status report on settlement discussions, as well as the status of plaintiff's representation, by **August 26, 2022**. (Doc. #64). To date, defense counsel has not done so.

       Accordingly, the Court <u>sua sponte</u> extends the deadline for defense counsel to file a joint status report to **September 7, 2022**.

       Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: August 30, 2022
         White Plains, NY

                                         SO ORDERED:

                                         Vincent L. Briccetti
                                         United States District Judge